# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3269
_____

Ernestine Rencher

*Appellant*

v.

Tishaura O. Jones

*Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 15, 2013
Filed: April 23, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ernestine Rencher appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination case. Upon careful de novo

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

review of the record before the district court and the parties' submissions on appeal, see Torgerson v. City of Rochester, 643 F.3d 1031, 1042-43 (8th Cir.) (en banc) (standard of review), cert. denied, 132 S. Ct. 513 (2011), we affirm for the reasons explained in the district court's thorough opinion.  See 8th Cir. R. 47B.

_____